Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California
### San Francisco Division

**FILED**

July 11, 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Tambra Hogan & Keith Rivers<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br>Napa County District Attorney, County of Napa, et al.<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    Case No. 3:22-cv-04052-LB
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Tambra Hogan & Keith Rivers |
| Street Address | PO Box 660762 |
| City and County | Sacramento/ Sacramento |
| State and Zip Code | CA/95866 |
| Telephone Number | 5106603794/5107754254 |
| E-mail Address | tambrahogan@gmail.com/kollegeman4@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Napa County District Attorney |
| Job or Title *(if known)* | |
| Street Address | 1195 Third St |
| City and County | Napa/ Napa |
| State and Zip Code | CA 94559 |
| Telephone Number | 707-253-4540 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | County of Napa |
| Job or Title *(if known)* | |
| Street Address | 1195 Third St. |
| City and County | Napa/Napa |
| State and Zip Code | CA 94559 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jennifer Allison Haley |
| Job or Title *(if known)* | District Attorney |
| Street Address | 1195 Third St. |
| City and County | Napa/Napa |
| State and Zip Code | CA 94559 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Veronica Vo |
| Job or Title *(if known)* | District Attorney |
| Street Address | 1195 Third St. |
| City and County | Napa/Napa |
| State and Zip Code | CA 94559 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 5

Napa County Courts
825 Brown St.
Napa/Napa
CA 94559

Defendant No. 6

Douglas Corby Skelton
Public Defender
1109 Jefferson St.
Napa/Napa
CA 94559

Defendant No. 7

Minh Tran
CEO of Napa
1195 Third St
Napa/Napa
CA 94559

Defendant No. 8.

Belia Ramos
Board of Supervisors Napa County
1195 Third St.
Napa/Napa
CA 94559

Defendant No. 9

Leon Garcia
Mayor of American Canyon (county of napa)
4381 Broadway Street Suite 201
American Canyon/ Napa
CA 94503

Defendant No. 10

Mariam Aboudamous
Vice Mayor of American Canyon (county of napa)
4381 Broadway Street Suite 201
American Canyon/Napa
CA 94503

Defendant No. 11

Rick Greenberg
Chief of American Canyon PD/ Napa Sheriff
911 Donaldson Way E,
American Canyon/Napa
CA 94503

Defendant No. 12

Shashawnya Janice Worley
District Attorney
1195 Third St.
Napa/Napa
CA 94559

Defendant No. 13

Irma Luna
Victim advocate for District Attorney
1195 Third St.
Napa/Napa
CA 94559

Defendant No. 14

Kerry John Whitney
Risk Manager
1195 Third St.
Napa/Napa
CA 94559

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
(U.S. Const., Amend. XIV; 42 U.S.C. 1983; Cal. Const., Art. I 7(a); Cal. Civ. Code 52.1; Penal Code 118.1; PC 836(a)(1); Title VI of CRA 1964; 34 U.S.C. 12601; 18 U.S.C. 242; Cal. Gov. Code 815.2(a); Cal. Gov. Code 820(a); Cal. Const., Art. I 28(b); Penal Code 136.1; Cal. Gov. Code 53243.4; and 42 U.S.C. 14141

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
Violation of Civil and Constitutional Rights, Discrimination, Negligence, Violation of Marsy's Law, Intimidation (Witness), Abuse of Power, Prosecutorial Misconduct, Intentional Infliction of Pain, Mental Distress, Pain and Suffering, and Retaliation.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
All Defendants herein have purposely and intentionally deprived the Plaintiffs of their protected rights as American citizens of the United States of America.

All Defendants herein have purposely and knowingly ignored the rights, privileges, and concerns from Plaintiffs TAMBRA HOGAN and KEITH RIVERS.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.    For an award of nominal, compensatory, general, and special damages against Defendants NAPA COUNTY DISTRICT ATTORNEY, COUNTY OF NAPA, NAPA COUNTY COURTS, MIHN TRAN, JENNIFER ALLISON HALEY, DOUGLAS CORBY SKELTON, LEON GARCIA, MARIAM ABOUDAMOUS, CHIEF RICK GREENBERG, SHASHAWNYA JANICE WORLEY, IRMA LUNA, and KERRY JOHN WHITNEY in excess of $1,000,000, according to proof at jury trial.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        July 6, 2022

Signature of Plaintiff

Printed Name of Plaintiff        Tambra Hogan & Keith Rivers

### B.      For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____