UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMBRA HOGAN, et al.,

         Plaintiffs,

    v.

NAPA COUNTY DISTRICT ATTORNEY, et al.,

         Defendants.

Case No.  22-cv-04052-JSC

**ORDER OF DISMISSAL**

The Court previously granted Plaintiffs' Application to Proceed in Forma Pauperis and screened their complaint under 28 U.S.C. § 1915.  Because the complaint did not comply with Federal Rule of Civil Procedure 8, the Court gave Plaintiffs the opportunity to amend by November 22, 2022.  (Dkt. No. 15.)  The Court specifically warned Plaintiffs that failure to file an amended complaint that cures the defects identified by the Court could lead to dismissal of the complaint.  (*Id.* at 15.)

To date, Plaintiffs have not filed an amended complaint and have not otherwise communicated with the Court.  Accordingly, this case is DISMISSED for failure to state a claim for the reasons stated in the Court's previous order.  (*Id.*)  As Plaintiffs did not attempt to amend the complaint when given the opportunity to do so, further leave would be futile and thus the case is DISMISSED without leave to amend.  Separate judgment will issue.

**IT IS SO ORDERED.**

Dated: December 1, 2022

JACQUELINE SCOTT CORLEY
United States District Judge